**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ATELIER EUMORI | |
| Plaintiff, | Civil Action No. 2:26-cv-899 |
| v. | JURY TRIAL DEMANDED |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | FILED UNDER SEAL |
| Defendants. | |

### EXHIBIT 1 – REDACTED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal.

A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further

order of this court.


May 13, 2026
                                        Respectfully submitted,

                                      By: /s/ Xiyan Zhang
                                          Xiyan Zhang
                                          Stratum Law LLC
                                          18 Campus Blvd. Ste. 100
                                          Newtown Square, PA 19073
                                          Phone# (215) 395-8756
                                          Bar# 5052642
                                          xzhang@stratumlaw.com
                                          *Counsel for Plaintiff*