## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATELIER EUMORI,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Civil Action No. 2:26-cv-899-MRH<br><br>Honorable Mark R. Hornak<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF XIYAN ZHANG IN SUPPORT
## OF SUPPLEMENTAL REPORT

1. I certify that I am over the age of eighteen, of sound mind, and capable of making this Declaration.

2. I am counsel of record for Atelier Eumori ("Plaintiff") in this action.

3. I am an attorney in good standing and licensed to practice in the State of New York since 2012 and in the Western District of Pennsylvania since 2024.

4. The facts stated in this Declaration are within my personal knowledge or are based on my review of records produced in this action, Plaintiff's records, and communications with Plaintiff.

5. Plaintiff has not previously brought any action, claim, or proceeding in any court or tribunal against any named Defendant in this action in which Plaintiff sought to enforce the copyrights at issue in this case.

6. Exhibit A is a report summarizing asset-restraint and sales information reflected in Amazon production for the seller accounts identified in Schedule A.

7. Exhibit B is a report summarizing email and address information reflected in Amazon production for the seller accounts identified in Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 26th day of June, 2026 in Philadelphia, Pennsylvania.

/s/ Xiyan Zhang
Xiyan Zhang