# EXHIBIT A

### Asset Restraint and Sales Information of Schedule A Defendants

This exhibit summarizes asset-restraint and sales information reflected in the Amazon production for the seller accounts identified in Schedule A.

| Item | Information |
|---|---|
| Aggregate amount of assets reflected in production | $446,498.76 |
| Average amount per Defendant | $15,946.38 |
| Smallest amount reflected | $-620.99 - Defendant No. 3, Aivioi Direct |
| Largest amount reflected | $271,728.89 - Defendant No. 26, FEISEDY |
| Defendants with $10,000 or greater | Defendant No. 26 FEISEDY - $271,728.89; Defendant No. 27 G & Y - $162,169.01 |
| Cumulative U.S. units reflected in production | 23,118 |
| Cumulative U.S. revenue reflected in production | $193,118.67 |
| Pennsylvania-specific units/revenue | Not separately identified in the Amazon production currently available to Plaintiff; Plaintiff will supplement if a Pennsylvania-specific breakdown becomes available.  Plaintiff has confirmed that each defendant has sold the accused product into this jurisdiction. |

**Complete Defendant-by-Defendant Listing**

| Def. | Store | Seller ID | Balance | U.S. Units | U.S. Revenue | ASIN(s) |
|---|---|---|---|---|---|---|
| 1 | 3Chenghui | A2NP04S3Q18FG7 | $507.77 | 0 | $0.00 | B0G6Z6J6M4 |
| 2 | AAngyangweng | AAJS3N2TSKI9P | $204.96 | 2 | $20.06 | B0GQYQLF9D |
| 3 | Aivioi Direct | AMJBYSYIN5S5U | $-620.99 | 0 | $0.00 | B0GD7TKJS4 |
| 4 | Artinyou | A1OTHETUTIXTGY | $7.58 | 0 | $0.00 | B0FFTS7MCV, B0FFSRK8QB |
| 5 | Arturbo | A1OZFLRTL15EFH | $120.73 | 0 | $0.00 | B0FFSRK8QB |
| 6 | bemore creations | A2PYPXACLCRGW0 | $38.74 | 0 | $0.00 | B0FSRXR6PW |
| 7 | DINUOMING | AR9SVTBYVC6PE | $0.00 | 1 | $17.50 | B0C9Q8Y67M, B0C9Q6DKN5 |
| 8 | EdisonHuang | A111N1Y0P7OX7C | $39.23 | 0 | $0.00 | B0G3XYFGHD |
| 9 | Fenngr US | AMHYTY09JUJT | $0.00 | 0 | $0.00 | B0GTZ571X2 |
| 10 | Hpgoxkd-US | A27HNHJJ259BCG | $3,249.63 | 0 | $0.00 | B0GXZ3YKN6, B0GXZ48JB5 |
| 11 | iLeiZhu | A2Q7VWX1D4K1ZE | $57.54 | 0 | $0.00 | B0DZ6CPF5P |
| 12 | JIJUJIJU | A2RKJCUTS350KC | $-267.87 | 0 | $0.00 | B0FD8JCLGF |
| 13 | kai qu wu chun shang mao | A5UMH6TXSCVAF | $0.00 | 0 | $0.00 | B0G8FGC9HV |
| 14 | LuFlying | A26MQMU6K4G4IE | $623.34 | 17,998 | $158,828.13 | B0F7LSY1HF |
| 15 | MAIPHAMDKN | A3IFGQU0IG1IA2 | $-1.23 | 1 | $30.12 | B0FM38JMFK |
| 16 | mujx | A23WZ42VQU5R7W | $659.37 | 73 | $553.47 | B0FCXRZ5NH |
| 17 | PandaBasic US | A2WO4QQ8MHG56C | $-0.93 | 0 | $0.00 | B0GCPL2LFH |
| 18 | PuxInn | A36HU66HF6OR12 | $90.06 | 7 | $64.16 | B0GGXNRRL7 |
| 19 | QUYNHANH ECOMZ | A2X5KSF49YNUZW | $0.00 | 1 | $30.12 | B0FDX42ZYM |
| 20 | Sheng Shiyi's Department Store | A3OE5EKPKXQMYS | $246.34 | 1,419 | $14,145.39 | B0DYVQZWHZ |
| 21 | weihaizhihuashangmaoyou xiangongsi | A18MC692R0FA8W | $1,231.72 | 97 | $835.64 | B0GDTQLPBS |
| 22 | Yanjiaodc | A25KHA8NPABIEM | $224.69 | 74 | $832.01 | B0G9RCMWGG |
| 23 | youxiushangpu | A3ONYU4KULWH32 | $417.76 | 44 | $490.07 | B0FKG2KH7M |
| 24 | YYAOOUER | A2EGL5B4TWAXAG | $248.92 | 102 | $1,009.90 | B0GKTRWL9F |
| 25 | Tienyuu | A1ZMUID356A16L | $2,423.83 | 2,451 | $13,603.07 | B0DSM7RYXF |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | $271,728.89 | 333 | $1,031.69 | B0DQV2GCTC |
| 27 | G & Y | A38YTRTJIHLS1S | $162,169.01 | 151 | $431.43 | B0F48T7PHQ, B0F48QQJJB, B0F48TCWQW, B0F48RZ9ML |
| 28 | CEYOME Health Direct | A10APM408SXUND | $3,099.67 | 364 | $1,195.91 | B0FGJ6WFQ2 |