# EXHIBIT B

## Email and Address Information

This exhibit lists the email and billing-address information reflected in Amazon production for the seller accounts identified in

Schedule A. Multiple rows for a defendant reflect multiple address records produced for that seller account.

| Def. | Store | Seller ID | Merchant Name | Email | Address | Country |
|---|---|---|---|---|---|---|
| 12 | JIJUJIJU | A2RKJCUTS350KC | yiwushichaozhuandianzishangwuyouxiangongsi | 15822916832@163.com | 义乌市江东街道, 平畴一区 31 栋 5 单元 401 室, 金华市, 浙江省, CHINA, 322099 | CN |
| 13 | kai qu wu chun shang mao | A5UMH6TXSCVAF | jianshijingkaiquwuchunshangmaoyouxiangongsi | penghonghong1458@outlook.com | 井冈山经济技术开发区, 火炬大道与君山大道交叉口东南角(江西艺涂实业有限 公司)综合楼东侧 3 楼 A-3580 号, 吉安市, 江西, CHINA, 343000 | CN |
| 13 | kai qu wu chun shang mao | A5UMH6TXSCVAF | jianshijingkaiquwuchunshangmaoyouxiangongsi | penghonghong1458@outlook.com | 渝水区罗坊 镇, 胡家村委彭家村 16 号, 新余市, 江西省, CHINA, 338000 | CN |
| 20 | Sheng Shiyi's Department Store | A3OE5EKPKXQMYS | Jingmen Longling E-commerce Co., Ltd. | woaitaifuzhanwang@163.com | 云梦县龙岗路龙岗国际 B4 栋一单元 1001 云, 梦县珑玲卓越知识情报文化传播工作室（个体工商户）, 云梦县, 孝感市, 湖北省, CHINA, 432500 | CN |
| 20 | Sheng Shiyi's Department Store | A3OE5EKPKXQMYS | Jingmen Longling E-commerce Co., Ltd. | woaitaifuzhanwang@163.com | Longgang Road, Development Zone, Yunmeng, Room 1002, Unit 1, Building 4, Longgang International, XIAOGAN, HUBEI, CHINA, 432500 | CN |
| 21 | weihaizhihuashangmaoyouxian | A18MC692R0FA8W | weihaizhihuashangmaoyouxiangongsi | guohua154631yah@163.com | 威海经济技术开发区, 皇冠街道乐天 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| | gongsi | | | | 世纪城 19 号-2137-107, 威海市, 山东, CHINA, 264200 | |
| 21 | weihaizhihuashangmaoyouxiangongsi | A18MC692R0FA8W | weihaizhihuashangmaoyouxiangongsi | guohua154631yah@163.com | 威海经济技术开发区, 皇冠街道乐天世纪城 19 号-2137-107, 威海市, 山东, CHINA, 264200 | CN |
| 21 | weihaizhihuashangmaoyouxiangongsi | A18MC692R0FA8W | weihaizhihuashangmaoyouxiangongsi | guohua154631yah@163.com | 杏花岭区, 小东门街 13 号 1 排 23 户, 太原市, 山西, CHINA, 030000 | CN |
| 1 | 3Chenghui | A2NP04S3Q18FG7 | nantongchenghuidianzishangwuyouxiangongsi | chenghui88545@163.com | 如东县洋口镇, 耿庄村一组 43 号, 南通市, 江苏, CHINA, 226400 | CN |
| 15 | MAIPHAMDKN | A3IFGQU0IG1IA2 | MAI THI PHAM | phamthimaidaknong@gmail.com | XA DUC MANH, HUYEN DAK MIL, TINH DAK NONG, VIET NAM, 640000 | VN |
| 7 | DINUOMING | AR9SVTBYVC6PE | SUZHOUDINUOMINGMAOYIYOUXIANGONGSI | dinuoming@163.com | GONGYEYUANQUJINHUIZUNYU 12-101, SUZHOU, CHINA, 215000 | CN |
| 7 | DINUOMING | AR9SVTBYVC6PE | SUZHOUDINUOMINGMAOYIYOUXIANGONGSI | dinuoming@163.com | 苏州市工业园区金辉尊域, 苏州, 江苏, CHINA, 215004 | CN |
| 28 | CEYOME Health Direct | A10APM408SXUND | guangzhoushi jiexunkeji youxiangongsi | 3138108346@qq.com | 广州市白云区红旗大庄北一巷, 3 号, 白云区, 广州市, CHINA, 510000 | CN |
| 28 | CEYOME Health Direct | A10APM408SXUND | guangzhoushi jiexunkeji youxiangongsi | 3138108346@qq.com | 广州市白云区红旗大庄北一巷, 3 号, 白云区, 广州市, CHINA, 510000 | CN |
| 28 | CEYOME Health Direct | A10APM408SXUND | guangzhoushi jiexunkeji youxiangongsi | 3138108346@qq.com | 广州市白云区红旗大庄北一巷, 3 号, 白云区, 广州市, CHINA, 510000 | CN |
| 28 | CEYOME Health Direct | A10APM408SXUND | guangzhoushi jiexunkeji youxiangongsi | 3138108346@qq.com | 广州市白云区鹤泰路 91 号大院, B 栋 105 号, 白云区, 广州市, CHINA, 510000 | CN |
| 28 | CEYOME Health Direct | A10APM408SXUND | guangzhoushi jiexunkeji youxiangongsi | 3138108346@qq.com | 广州市白云区鹤泰路 91 号大院, B 栋 105 号, 白云区, 广州市, CHINA, 510000 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AAngyangweng | AAJS3N2TSKI9P | xinhuaangyangwengmaoyiyouxiangongsi | shenjunrqw@hotmail.com | 新化县, 上渡街道望城社区梅苑北路锦源小区 3 栋 1801, 娄底市, 湖南, CHINA, 417000 | CN |
| 2 | AAngyangweng | AAJS3N2TSKI9P | xinhuaangyangwengmaoyiyouxiangongsi | shenjunrqw@hotmail.com | 新化县, 上渡街道望城社区梅苑北路锦源小区 3 栋 1801, 娄底市, 湖南, CHINA, 417000 | CN |
| 22 | Yanjiaodc | A25KHA8NPABIEM | guang zhou yu yi mao yi you xian gong si | yanjiaocac23589@163.com | 3 号, 马湾镇廖湾村十八组, 天门市, 湖北省, CHINA, 431715 | CN |
| 22 | Yanjiaodc | A25KHA8NPABIEM | guang zhou yu yi mao yi you xian gong si | yanjiaocac23589@163.com | 3 号, 马湾镇廖湾村十八组, 天门市, 湖北省, CHINA, 431715 | CN |
| 8 | EdisonHuang | A111N1Y0P7OX7C | Guangzhou jinxiang dianzishangwu youxiangongsi | 2927184024@qq.com | 沙井街道, 五一西路 1 号富宁新兴苑 3 栋 2-0502 房, 南宁市, 广西, CHINA, 530033 | CN |
| 8 | EdisonHuang | A111N1Y0P7OX7C | Guangzhou jinxiang dianzishangwu youxiangongsi | 2927184024@qq.com | 增江街道, 增江路 7 号 502 房, 广州市, 增城区, CHINA, 511316 | CN |
| 8 | EdisonHuang | A111N1Y0P7OX7C | Guangzhou jinxiang dianzishangwu youxiangongsi | 2927184024@qq.com | 2459 Glacier Creek Road, 2459 Glacier Creek Road, 南宁市, 广西, CHINA, 530033 | CN |
| 8 | EdisonHuang | A111N1Y0P7OX7C | Guangzhou jinxiang dianzishangwu youxiangongsi | 2927184024@qq.com | Room 502, No. 7, Zengjiang Road, Zengjiang Street, Zengcheng District, Guangzhou City, Guangdong Province, GUANGZHOU CITY, GUANGDONG PROVINCE, CHINA, 511316 | CN |
| 4 | Artinyou | A1OTHETUTIXTGY | shenzhenhonghuikejiyouxiangongsi | shenzhenhonghui@outlook.com | 坑梓街道新康二路 20 号 B 栋 402, 深圳市, GUANGDONG, CHINA, 518122 | CN |
| 4 | Artinyou | A1OTHETUTIXTGY | shenzhenhonghuikejiyouxiangongsi | shenzhenhonghui@outlook.com | 坪山区坑梓街道沙田社区, 新康二路 20 号 B 栋 402, 深圳市, 广东省, CHINA, 518122 | CN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Artinyou | A1OTHETUTI XTGY | shenzhenhonghuik ejiyouxiangongsi | shenzhenhonghui@outloo k.com | 坪山区, 坑梓街道新康二路 20 号 B 栋 402, 深圳市, 广东省, CHINA, 518122 | CN |
| 3 | Aivioi Direct | AMJBYSYIN5 S5U | Shen zhen shi mao pao er ke ji you xian gong si | zengxingus@sohu.com | 平湖街道禾花社区, 平新北路 169 号 C12 栋 101, 龙岗区, 深圳市, 广东省, CHINA, 518000 | CN |
| 10 | Hpgoxkd-US | A27HNHJJ259 BCG | guangzhouhanxikej iyouxiangongsi | 17727657761@163.com | 白云区, 石岗东三巷 2 号 301 房, 广州市, 广东省, CHINA, 510000 | CN |
| 23 | youxiushangpu | A3ONYU4KU LWH32 | youxiudianzi | 18205530047@163.com | 金域蓝湾名门 4-2-2203, 弋江区, 芜湖市, 安徽, CHINA, 241000 | CN |
| 23 | youxiushangpu | A3ONYU4KU LWH32 | youxiudianzi | 18205530047@163.com | 义乌市江东街道, 后张小区 10 栋 2 单元 402, 金华市, 浙江, CHINA, 322000 | CN |
| 17 | PandaBasic US | A2WO4QQ8M HG56C | feng hui hai nan ke ji you xian gong si | amz_fenghui@outlook.co m | 长滨路 81 号, 永秀花园 19 楼 17 层 1702, 秀英区, 海口市, 海南省, CHINA, 570100 | CN |
| 17 | PandaBasic US | A2WO4QQ8M HG56C | feng hui hai nan ke ji you xian gong si | amz_fenghui@outlook.co m | 长滨路 81 号, 永秀花园 19 楼 17 层 1702, 秀英区, 海口市, 海南省, CHINA, 570100 | CN |
| 24 | YYAOOUER | A2EGL5B4TW AXAG | XiangChengShiCh aoTuoShangMaoY ouXianZeRenGong Si | chaotuo2026@163.com | 项城市, 郑郭镇祁营村 2 号院, 周口市, 河南, CHINA, 466200 | CN |
| 27 | G & Y | A38YTRTJIHL S1S | Yiwuyingyujinchu kouyouxiangongsi | yingyu.us@outlook.com | Room 101-102, Building 5,No.315 Hongyun Road Chengxi Street, YIWU, ZHEJIANG, CHINA, 322000 | CN |
| 11 | iLeiZhu | A2Q7VWX1D4 K1ZE | WuHanShiQingSh anQuQiLeiZhuBai HuoDian(GeRenD uZi) | jimmy_kin22@qq.com | 河西区, 艺林路昌源公寓 5 号楼 27 门 603 号, 天津市, 天津省, CHINA, 300000 | CN |
| 11 | iLeiZhu | A2Q7VWX1D4 K1ZE | WuHanShiQingSh anQuQiLeiZhuBai HuoDian(GeRenD uZi) | jimmy_kin22@qq.com | QingShanQuJianSheYiLu45Hao1Lou 22Hao, WUHANSHI, HUBEISHENG, CHINA, 430000 | CN |

| 18 | PuxInn | A36HU66HF6OR12 | ShenZhenShiXinPuMaoYiYouXianGongSi | puxin5112@outlook.com | 江安县, 阳春镇白坭村 3 组 88 号, 宜宾市, 四川, CHINA, 644200 | CN |
|---|---|---|---|---|---|---|
| 5 | Arturbo | A1OZFLRTL15EFH | shenzhenlimoerlipinyouxiangongsi | licheexu@szlimor.com | 坑梓街道沙田社区新康二路 20 号 B 栋 401, 坪山区, 深圳市, 广东省, CHINA, 518122 | CN |
| 5 | Arturbo | A1OZFLRTL15EFH | shenzhenlimoerlipinyouxiangongsi | licheexu@szlimor.com | 坪山区坑梓街道沙田社区新康二路 20 号 B 栋 401, 深圳市, 广东省, CHINA, 518122 | CN |
| 5 | Arturbo | A1OZFLRTL15EFH | shenzhenlimoerlipinyouxiangongsi | licheexu@szlimor.com | 深圳市坪山区坑梓街道新康二路 20 号 401, SHENZHENSHI, ZHONGGUOGUANGDONGSHENG, CHINA, 518111 | CN |
| 19 | QUYNHANH ECOMZ | A2X5KSF49YNUZW | THI QUYNH ANH NGUYEN | quynhanh68680@gmail.com | Thon Con Mong, Hoa Phuoc, HUYEN HOA VANG, DA NANG, VIET NAM, 550000 | VN |
| 19 | QUYNHANH ECOMZ | A2X5KSF49YNUZW | THI QUYNH ANH NGUYEN | quynhanh68680@gmail.com | Thon Con Mong, Hoa Phuoc, HUYEN HOA VANG, DA NANG, VIET NAM, 550000 | VN |
| 19 | QUYNHANH ECOMZ | A2X5KSF49YNUZW | THI QUYNH ANH NGUYEN | quynhanh68680@gmail.com | Thon Con Mong, Hoa Phuoc, HUYEN HOA VANG, DA NANG, VIET NAM, 550000 | VN |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Chilingtou village Weiwang Building Room 402, Longhua New District, SHENZHEN, GUANGDONG, CHINA, 518000 | CN |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Chilingtou village Weiwang Building Room 402, Longhua New District, SHENZHEN, GUANGDONG, CHINA, 518000 | CN |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Chilingtou village Weiwang Building Room 403, SHENZHEN, GUANGDONG, CHINA, 518000 | CN |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | 龙华新区大浪街道赤岭路 24 号, 威旺大厦 403, 深圳市, 广东, CHINA, 518000 | CN |

| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Chilingtou village Weiwang Building Room 403, Longhua New District, SHENZHEN, GUANGDONG, CHINA, 518000 | CN |
|---|---|---|---|---|---|---|
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Dalang jiedao Chilingtou village Chilinglu 24hao, Weiwang Building Room 403,, SHENZHEN, GUANGDONG, CHINA, 518000 | CN |
| 26 | FEISEDY | ARV6FLWNZG8Q4 | SHENZHEN MANDORA GARMENTS CO LTD | 84710012@qq.com | Room 403, Weiwang Building, No. 24, Chiling Road,, Dalang Street,Longhua New District, SHENZHEN CITY, GUANGDONG, CHINA, 518000 | CN |
| 25 | Tienyuu | A1ZMUID356A16L | Sousuo E-commerce (Putian Chengxiang) Co. | tanhuilan0821@163.com | 城厢区凤凰山街道, 后亭巷 7 弄 9 号, 莆田市, 福建省, CHINA, 351199 | CN |
| 16 | mujx | A23WZ42VQU5R7W | Hangzhou Mujixing Network Technology Co., LTD | 1321332562@qq.com | 仓前街道 海智中心 3 幢 406 室, 杭州市, ZHEJIANG, CHINA, 311100 | CN |
| 9 | Fenngr US | AMHYTY09JUJT | Ganzhou Fengren E-commerce Co., Ltd | 17679377912@163.com | 章贡区八一四大道 39 号巨亿赣南电商城, 一期 10 号楼三层 17#商业, 赣州市, 江西, CHINA, 341000 | CN |
| 6 | bemore creations | A2PYPXACLCRGW0 | shenzhenshichenhuixingkejiyouxiangongsi | bemoreo@outlook.com | 坪山区坑梓街道沙田社区, 新康二路 20 号 A 栋鹏联发-宿舍 203, 深圳市, 广东省, CHINA, 518122 | CN |
| 14 | LuFlying | A26MQMU6K4G4IE | ChongQingXiaoHuoLongDianZiShangWuYouXianGongSi | lufeichenchen@outlook.com | 两江新区大竹林街道星光大道 62 号, 海王星 C 区 1 楼 1-2#175(集群注册), 重庆市, 重庆, CHINA, 400000 | CN |