# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATELIER EUMORI, | |
| Plaintiff, | |
| v. | Civil Action No. 2:26-cv-899 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," | Judge Mark R. Hornak |
| Defendants. | |

### PLAINTIFF'S STATEMENT REGARDING SEQUESTERED FUNDS IN EXCESS OF $50,000

Plaintiff Atelier Eumori ("Plaintiff"), by and through undersigned counsel, submits this Statement pursuant to the Court's June 29, 2026 Order (ECF No. 29), and states as follows:

1.  Plaintiff does not seek to maintain a restraint exceeding $50,000 as to any Defendant at this time.

2.  Based on the information presently available to Plaintiff, G&Y—identified in Schedule "A" as Defendant No. 27, Seller ID A38YTRTJIHLS1S, operating on Amazon.com— is the only Defendant whose account or accounts presently have more than $50,000 restrained.

.  The total amount reported as restrained in the account or accounts associated with G&Y was $162,169.01 as of June 16, 2026.

4.  Plaintiff consents to reducing the aggregate restraint applicable to G&Y to $50,000 and to the release of $112,169.01 above that cap, based on the balance reported as of June 16, 2026. If the restrained balance has changed, Plaintiff consents to the release of all amounts necessary to leave an aggregate restraint of no more than $50,000.

1

5. Plaintiff has not yet instructed Amazon.com to release the amount exceeding $50,000 because the funds remain restrained pursuant to the Court's orders. Upon entry of an order modifying the restraint, Plaintiff will promptly provide the order to Amazon.com and any associated payment processor or financial institution and request release of $112,169.01, or such other amount necessary to leave an aggregate restraint of $50,000.

6. All other reported restraints are $50,000 or less, and Plaintiff does not seek to maintain any restraint exceeding $50,000 as to those Defendants.

7. This Statement addresses the Court's directive concerning amounts above $50,000. Plaintiff will address, in its separate Status Report, the factual basis for whether and what portion of the restrained funds is specifically related to the alleged infringing conduct and the basis for maintaining the remaining $50,000 restraint.

8. Plaintiff's consent to release the excess funds is without prejudice to its claims and requested remedies, including actual damages and profits or statutory damages under 17 U.S.C. § 504, injunctive relief, and its allegations that the infringing conduct harmed Plaintiff's reputation and goodwill. Nothing in this Statement constitutes an admission concerning the ultimate amount of damages or profits recoverable in this action.

**WHEREFORE,** Plaintiff respectfully requests that the Court modify the restraint applicable to G&Y to $50,000; direct Amazon.com and any associated payment processor or financial institution to release $112,169.01, or such other amount necessary to leave $50,000 restrained; and grant such other relief as the Court deems appropriate.

Dated: **July 13, 2026**                                  Respectfully submitted,

                                                     By: /s/ Xiyan Zhang

2

Xiyan Zhang
Stratum Law LLC
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
Phone: (215) 395-8756
PA Bar No. 5052642
xzhang@stratumlaw.com