**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ATELIER EUMORI,<br><br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A,"<br><br>     Defendants. | Civil Action No. 2:26-cv-899 |

**PROPOSED ORDER REGARDING SEQUESTERED FUNDS**

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's Statement Regarding Sequestered Funds in Excess of $50,000, and for good cause shown, it is hereby ORDERED as follows:

1. The aggregate amount restrained in the account or accounts associated with G&Y, identified in Schedule "A" as Defendant No. **27**, Seller ID A38YTRTJIHLS1S, operating on Amazon.com, shall be limited to $50,000.

2. Based on the reported balance of $162,169.01 as of June 16, 2026, Amazon.com and any associated payment processor or financial institution shall promptly release $112,169.01 upon receipt of this Order. If the balance has changed, they shall release the amount necessary to leave no more than $50,000 restrained.

3. Nothing in this Order adjudicates the merits, resolves ownership of the restrained funds, or limits any party's rights or remedies, including Plaintiff's remedies under 17 U.S.C. § 504.

1

4.  All other provisions of the Court's prior orders remain in effect except as expressly modified, and the remaining $50,000 restraint is subject to further review following Plaintiff's Status Report and further order of the Court.

SO ORDERED:

_____

Honorable Mark R. Hornak
United States District Judge